Erskine M. Phelps

*v.*

The Lake Street Elevated Railroad Company.

*Filed at Ottawa October 16, 1896—Rehearing denied March 12, 1897.*

This case is controlled by the opinion rendered in *Doane* v. *Lake Street Elevated Railroad Co.* (*ante*, p. 510.)

*Phelps* v. *Lake Street Elevated R. R. Co.* 60 Ill. App. 471, affirmed.

Appeal from the Appellate Court for the First District;—heard in that court on appeal from the Circuit Court of Cook county; the Hon. O. H. Horton, Judge, presiding.

Franklin P. Simons, for appellant.

Per Curiam:   This cause is controlled by the decision rendered in the case of *Doane* v. *Lake Street Elevated Railroad Co.* (*ante*, p. 510.) For the reasons stated in the opinion filed in that case the judgment of the Appellate Court herein is affirmed.

*Judgment affirmed.*